# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
## CHARLOTTE DIVISION
## CIVIL ACTION NO.  3:10-CV-293-RJC-DCK

| | | |
|---|---|---|
| **ROBERT JACK BREWER, JR.,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **ORDER** |
| | ) | |
| **BRAND ENERGY SOLUTIONS, LLC,** | ) | |
| **and BRAND ENERGY AND** | ) | |
| **INFRASTRUCTURE SERVICES, INC.,** | ) | |
| | ) | |
| **Defendants.** | ) | |
| _____ | ) | |

**THIS MATTER IS BEFORE THE COURT** *sua sponte*.   On November 19, 2010, the undersigned issued an Order (Document No. 11) granting "Defendants' Motion To Stay Proceedings And To Compel Arbitration Of Plaintiff's Original Complaint" (Document No. 3).  The parties were instructed to "file a stipulation of dismissal or a status report in this matter, on or before **December 31, 2010**."  (Document No. 11).

On December 30, 2010, the parties filed a joint status report stating that Wayne P. Huckel, Esq., had been selected to serve as Arbitrator.  (Document No. 12).  The status report further stated that "[t]he parties will notify the Court when a scheduling order is agreed upon and entered by Arbitrator Huckel."  Id.  The docket for this case does not indicate any action in this matter since the status report on December 30, 2010.

**IT IS, THEREFORE, ORDERED** that the parties shall file a stipulation of dismissal or a status report in this matter, on or before **March 30, 2011**.

Signed: March 22, 2011

David C. Keesler
United States Magistrate Judge